# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** September 29, 2023

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **CAVER, III, Clinton**
**Case No.: 5:02-CR-38-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On March 20, 2003, Clinton Caver, III was convicted of Possession of a Firearm by a Convicted Felon. Mr. Caver appeared in United States District Court for the Eastern District of North Carolina and received 190 months imprisonment, followed by 5 years of supervised release. He began supervision on April 20, 2020.

Mr. Caver has performed satisfactorily on supervision. He has submitted to DNA testing, and with the exception of traffic offenses, he had had no new criminal charges. He has been on low intensity supervision since October 2022. All drug screens have been negative. Mr. Caver is also gainfully employed. His term of supervision is set to expire on April 19, 2025.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_                                      10-2-23
Terrence W. Boyle                                     Date
United States District Judge

PROB 35
(Reg 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.

**Crim. No. 5:02-CR-38-1BO**

**CLINTON CAVER, III**

On April 20, 2020, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: September 29, 2023

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __2__ day of __October__, 2023.

Terrence W. Boyle
United States District Judge